**Lionell E. THOLMER, Plaintiff–Appellant,**

v.

**Cheryl K. PLILERS; et al., Defendants–Appellees.**

**No. 07–15502.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2007 \*.

Filed Sept. 13, 2007.

Lionell E. Tholmer, CCIT—California Correctional Institution, Tehachapi, CA, pro se.

April H. Gatling, Esq., AGCA—Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**320**

Before: PREGERSON, THOMAS and RAWLINSON, Circuit Judges.

MEMORANDUM **

This appeal from the district court's order denying appellant's motions for preliminary injunction comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *See Gregorio T. v. Wilson,* 59 F.3d 1002, 1004–05 (9th Cir.1995). The record before us shows that the court did not rely on an erroneous legal premise or abuse its discretion in concluding that appellant had failed to demonstrate a likelihood of success on the merits or the threat of imminent irreparable harm and in denying preliminary injunctive relief. *See id.* The court's factual findings and application of legal standards are not clearly erroneous. *See id.* Accordingly, the court's order denying the preliminary injunction is affirmed.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).